16

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JUAN OLAYA,

**Plaintiff**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

WARDEN, FCI MILAN,
M. STODDARD / SIS TECHNICHIAN,
HSA FCI MILAN, MEDICAL,
Tcust FCC milan, Counselor,
Mrs. Hernandez, medical
Mr. Williams, medical

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:24-cv-11064
Assigned To : Murphy, Stephen J., III
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/23/2024
Description: PRIS OLAYA v STODDARD ET AL (JP)

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     Juan  Olaya

All other names by which you have been known:

ID Number     99162179

Current Institution     FCC, USP I, Coleman Florida

Address     846 NE 54th Terrace
Coleman, Florida  33521

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     M. Stoddard

Job or Title
(if known)     S.I.S. Technician

Shield Number

Employer     FCI MILAN, USDOJ

Address

☑ Individual capacity          ☑ Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name

T. Curst

Job or Title
(if known)

FCI Milan / Counselor

Shield Number

Employer

FCI Milan U.S DOJ.

Address

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

Name

Ms. Hernandez

Job or Title
(if known)

FCI Milan active nurse

Shield Number

Employer

FCI Milan et al...

Address

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name

Ms. Williams

Job or Title
(if known)

FCI Milan active nurse

Shield Number

Employer

FCI Milan et al...

Address

☑ Individual capacity          ☑ Official capacity

3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

a) Eight Amendment "cruel "and "unusual "Punishment
U.S. Const. amend XIII.

b.) Violation per Duty of care 18 U.S.C. 4042.

c.) Intentional Infliction of emotional Distress
28 U.S.C. 1346 (b)(2)

d.) Negligence, 'in General

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Eight Amendment Violation

a.) Serious medical Need

b.) Deprivation of medical rights, Glasses, treatment, vision treatment, post care, complaints ignored

c) Great Pain 'in deliberate indifference standards

d.) Right "eye" seeing complications.

e.) Nurse failure to Perform Prescribed dressing change

f.) Due Process claim Denial of medication for Pain

g.) Segregation restraints

4

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Warden — Intentional disregard assault/treatment of (I/M)

S.IS. Stoddard — abuse of process, False statements, False imprisonment, Vindictive prosecution.

T. CWSt — CIo &cI milan — Personal knowledge of incident

A. H SA — responsible for the care of inmates and injuries

Mrs. Hernandez — refuse to provide medication/treatment for eye injuries.

Mrs. Williams — refuse to provide medication, treatment for injuries

J. Want — counselor — obstruction of Due Process, retaining Administrative documents in the dark.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The imtial incident began at FCI Milan, East Housing unit, where Olaya substained several larceration to the right eye, forehead, along with larceration underneath right eye.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

FCI Milan, East Housing unit, near and/or on cell D01-117 at approxiametly 6:30-6:46 a.m.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

10/28/2020  6:30 a.m.

6

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

(1)  On 10/28/2020, Juan Olaya suffered physical trauma as a result of an assault, among other injuries to his eyes

(2)  Juan Olaya, was taken by ambulance to the local General Hospital where he received medical treatment and referral to eye specialist (optomologist).

(3)  Examination revealed Juan suffered lauration deep to the right forehead under the eye, scratches to his body, stitches and head injuries.

(4)  Juan Olaya pain became increasingly severe, no pain medication was given

(5)  Possible remedies of surgical and/or eye loss, including loss of vision.

(6)  On 10/29/2020 Juan did not receive the outside hospital referral treatment, attention, Rx, nor appointments to specialist

(7)  Between the reoccuring periods of 10-28/2020 thru present his current and ongoing pain to his eyes, vision has resulted inability to sleep, exercise, or even walking distance, because seeing distance affects his judgments.

7

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On 10/28/2020, Juan Olaya suffered severe injury to his right eye, as a result of an assault. Olaya was taken to the outside hospital by ambulance, where he was treated for right eye lacerations and ruptures of face stabb wounds. Juan Olaya was currently housed in FCI milan where he is in the custody of defendants in captioned herein. Olaya reapeately requested assistance through institutional channels denied. No medical care necessary to relieve him from his eye injuries, including denial of much pain medication

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary relief for unnecessary physical, emotional, mental deterioration and the suffering cause by defendants, inadequate medical treatment, inadequate pain management.

Damages punitive - 6.5 million dollars
Nominal damages - 13.0 million dollars
future damages - 2.5 million dollars
compensatory damages 8.5 million dollars
Total $ 30.5 million dollars

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑   Yes

☐   No

☐   Do not know

If yes, which claim(s)?

*Administrative Remedies*

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Initial informal / formal grievance began at (FCI) Milan, Michigan). CFR 542.11-542.15 including but not limited to Office of Internal Affairs (OIA).

2.    What did you claim in your grievance? P.S. 3420.11 Employee misconduct

Physical Abuse
Mental Torture
Neglect / Negligence / Duty of Care / Violated this duty / caused harm / suffered damages
Employee Misconduct
False Statements Filings (government employees) [18 U.S.C. 1001]; [18 U.S.C. 371] Conspiracy
False Incident Report 5270.09 section 201

3.    What was the result, if any?

(DOJ) OIG received acknowledged Complaint 5-18-2022. Refused to respond, reply and/or give any results of complaint. Unresponsive.

10

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* On 3/15/2022 Informal attempt, (BP-8 FCI Milan, Michigan); BP-9 Administrative Remedy filed 5-6-2022, Pollock, USP, Kentucky; DoT complaint filed

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

J. Lyons intentionally (knowingly) concealed, hindered (IM) Olaya from further Processing his due process rights Fifth/Fourteenth Amendments. On 3/24/2022; 04/15/2022 repeatedly concealed.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

J. Lyons (counselor @ Pollock, USP hindered inmate from processing his (BP-8) CFR 542.13(a) as required by the Bureau of Prison under P.S. 1330.18.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

E-mail to active warden Pollock "INMATE REQUEST TO STAFF" P.S. 5511.07 unanswered, refused to respond, Submitted 4/18/2022 05:36:38 P.M.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?



☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?



☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____ N/A _____


    2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____ N/A _____


    3. Docket or index number    N/A

      _____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

N|A
_____

5.      Approximate date of filing lawsuit

N|A
_____

6.      Is the case still pending?

☐    Yes

☑    No

If no, give the approximate date of disposition.  N|A _____

7.      What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N|A

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☑    No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)    _____ N|A _____
Defendant(s)  _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

3.      Docket or index number

_____

13

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☑   No

If no, give the approximate date of disposition. __N/A_____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 12th, 2024.

Signature of Plaintiff   *Juan Olaya*

Printed Name of Plaintiff   Juan Olaya

Prison Identification #   99162179

Prison Address   846 N·E 54th Terrace
Coleman , Florida 33521
City            State            Zip Code

14

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

April 12th, 2024

Mr. Olaya!

    Todall is submitting a check to this U.S. District Court, eastern District of Michigan. to cover the total filed under 42 USC 1983.

    Filing Fee $ 350.00    Plus $ 52.00 Administrative Fee    totalling $402.00

    According to this court nothing precludes Ivan Olaya from filing a new civil rights complaint as long as the above payments are made in full "As is".

    That you provide Mr. Olaya with a Stamped certified copy, time, date, received of Said complaint without prejudice.

15



Juan Olaya #99162-179
Federal Correctional Complex, USP I,
-COLEMAN I
U.S. PENITENTIARY
P.O. BOX 1033
COLEMAN, FL 33521

J. MARSHALS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
231 W. Lafayette Blvd.
Room 564
Detroit, Michigan 48226

Legal Mail